**GT** GreenbergTraurig

Ryan Sirianni
Tel 212.801.9200
Fax 212.801.6400
Ryan.Sirianni@gtlaw.com

June 18, 2026

**BY ECF**
Magistrate Judge Daniel J. Stewart
United States District Court, Northern District of New York
James T. Foley Courthouse
Suite 509
445 Broadway
Albany, NY 12207

    Re:    *Joseph Giaimo v. Transunion, LLC, et al.,*
          Case No. 1:26-cv-01056-AMN-DJS
          JPMorgan Chase Bank, N.A.'s Request for Extension of Time to Respond to Complaint

Dear Judge Stewart:

We write on behalf of JPMorgan Chase Bank, N.A. ("Chase").

Chase writes to request a brief, two-week extension of its current deadline to respond to the Complaint, from June 22, 2026 to **July 6, 2026**.

Plaintiff Joseph Giaimo not consent to this request.  This is second Chase's request for an extension of time to respond to the Complaint.  Chase requests this extension in order to further investigate and respond to the allegations in the Complaint.

Chase does not anticipate requesting any additional extensions of its time to respond to the Complaint.

Respectfully submitted,

Ryan Sirianni

Ryan Sirianni

cc (by ECF):   All counsel of record

**Greenberg Traurig, LLP | Attorneys at Law**
900 Stewart Avenue  |  Garden City, New York 11530  |  T +1 516.629.9600  |  F +1 516.706.8666

www.gtlaw.com