UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOSEPH GIAIMO,                           )
                                         )
                Plaintiff,               )    CIVIL ACTION NO. 1:26-cv-01056-AMN-DJS
        vs.                              )
                                         )
TRANSUNION LLC *et al*.                  )
                                         )
                Defendant.               )

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying Declaration of Daniel Zemel, Esq., and the exhibits attached thereto, the undersigned will move this Court, before the Honorable Anne M. Nardacci, United States District Judge, at the United States Courthouse located at James T. Foley U.S. Courthouse 445 Broadway Albany, New York 12207, at a date and time to be determined by the Court, for an Order permitting Zemel Law LLC to withdraw as counsel of record for Joseph Giaimo in the above-captioned matter, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Joseph Giaimo does not consent to this withdrawal. Joseph Giaimo's last known address and contact information are set forth in the accompanying Declaration.

PLEASE TAKE FURTHER NOTICE that Zemel Law LLC requests that any hearing on the instant application be heard via zoom given Zemel Law's office location in Paterson, New Jersey.

Dated: June 25, 2026

Respectfully submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC

660 Broadway
Paterson, NJ 07514
Tel: (862) 227-3106
dz@zemellawllc.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I, Daniel Zemel, herein certify that the instant motion has been served upon Mr. Giaimo via email, and First-Class Mail.

/s/Daniel Zemel

Daniel Zemel, Esq.