**Seyfarth**

**Seyfarth Shaw LLP**

1075 Peachtree Street. N.E.

Suite 2500

Atlanta, GA 30309

**T** (469) 608-6730

**F** (469) 892-7056

hsharp@seyfarth.com


www.seyfarth.com

July 9, 2026

**<u>VIA ECF</u>**

Hon. Daniel J. Stewart, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, NY 12207

> **Re:    <u>Giaimo v. TransUnion, LLC, et al.,</u>**
> **<u>Case No. 1:26-cv-01056-AMN-DJS (N.D.N.Y.)</u>**
> **<u>Request to Appear Remotely</u>**

Your Honor,

The undersigned represents Defendant Equifax Information Services LLC ("Equifax") in the above-referenced matter. The undersigned respectfully requests an exception to the in-person appearance requirement for the upcoming status conference scheduled for July 23, 2026 at 10:00 a.m. EDT in Albany, NY, and requests to appear by telephone or other remote means. The undersigned has conferred with counsel of record in this litigation, all of whom consent to, and seek to join in, this request.

Good cause exists to grant the request. The undersigned is located in Atlanta, Georgia and out of the district on the scheduled date, but can be available by telephone or video. Counsel for Trans Union is located in Zionsville, Indiana. Counsel for Experian is located in New York, New York. Counsel for Chase is located in Garden City, New York. Counsel for Plaintiff is located in Patterson, New Jersey.

For these reasons, Equifax and the parties respectfully request permission for all counsel to appear remotely on July 23, 2026. We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP


*/s/ Heather H. Sharp*


Heather H. Sharp
HHS/lcr

cc:    All counsel of record (via ECF)


327035802v.1